Abraham Kleinman Esq
626 Rexcorp Plaza
Uniondale, NY 11556-0626
516-522-2621
File # ppd money order

---

**CHARMINE SHELTON, ET AL.**

    V.

**MCKENNA DUPONT HIGGINS & BYRNES**

---

)
)
)
)
)
)
)
)
)

**United States District Court**
**Southern District of New York**
Docket/Index # 07 Civ 7970

**Affidavit of Service**

State of New Jersey
                 **SS:**
County of Monmouth

I, **Thomas Carchia** being duly sworn according to law upon my oath, depose and say that I am a citizen of the United States, that I am over the age of eighteen, that I am a competent adult, that I do not have a direct interest in the litigation and that I reside in the State of New Jersey.

That on **September 14, 2007** at **1:00 PM**, deponent served the within named **Summons in a Civil Case and Complaint** upon **McKenna DuPont Higgins & Byrnes**, Defendant. Said service was effected at **McKenna DuPont Higgins & Byrnes, 29 Broad Street, PO Box 610, Red Bank, NJ 07701**, in the following manner;

A domestic/foreign corporation, by delivering thereat a true copy of each to **Christina Wernersbach** personally. Deponent knew said corporation so served to be the corporation described as **McKenna DuPont Higgins & Byrnes** and knew said individual to be the **Office Manager** thereof, an authorized person to accept service of process.

**Christina Wernersbach** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female**  Skin: **White**  Hair: **Brown**  Age(Approx): **33**  Ht.(Approx): **5' 1"**  Wt.(Approx): **110-120 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on September 17, 2007

J. Michael Pagan, Notary Public of New Jersey
My Commission Expires 4/14/2010

Thomas Carchia, Process Server
Lawyers Service of Process, LLC
31 Pleasant Place
Oceanport, NJ 07757
(732) 219-5433 (800) 380-5434 , (732) 219-5466 (Fax)