UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLENE SHELTON, on her own behalf and on behalf of all others similarly situated,

        Plaintiff,

-against-

MCKENNA, DUPONT, HIGGINS & STONE, P.C.,

        Defendant.

07 CIV. 7970 (RMB)

**STIPULTION EXTENDING TIME**

---

**IT IS HEREBY STIPULATED AND AGREED,** that the time for defendant MCKENNA, DUPONT, HIGGINS & STONE, P.C., to appear and to answer, amend, or supplement the Answer or to make any motion relative to the Summons and Class Action Complaint in this action, be and the same hereby is extended up to and including the 8th day of November, 2007.

Dated: New York, New York
      October 22, 2007

KLEINMAN, LLC

_____
ABRAHAM KLEINMAN (AK-6300)
Attorney for Plaintiff
CHARLENE SHELTON on her own
behalf and on behalf of others
similarly situated
626 RexCorp Plaza
Uniondale, NY 11556
(516) 522-2621
(signed by Mark K. Anesh w/
permission from Abraham Kleinman)

WILSON, ELSER, MOSKWOTIZ,
  EDELMAN & DICKER, LLP

_____
MARK K. ANESH, ESQ. (MK-8303)
Attorneys for Defendant
MCKENNA, DUPONT, HIGGINS &
STONE, P.C.
150 East 42nd Street
New York, NY 10017
(212) 490-3000
Our File No: 09120.00060

SO ORDERED:



U.S.D.J.  10/23/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2007