# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

www.wilsonelser.com

*RECEIVED OCT 31 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.*

**MEMO ENDORSED**

Adjourned to 11/29/07 @ 9:45

SO ORDERED:
Date: 10/31/07
Richard M. Berman, U.S.D.J.

October 30, 2007

**VIA OVERNIGHT MAIL**

United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Attention:**   Honorable Richard M. Berman

Re:   *Carmine Shelton v. Mckenna, Dupont, Higgins & Stone, P.C.*
Index No.   :   07 CV 7970 (RMB)
Our File No.   :   09120.00060

Dear Judge Berman:

We represent the defendant in the above referenced matter, and write with the permission of plaintiff's counsel.

An initial pre-trial conference is scheduled in this matter for November 1, 2007. We are working expeditiously to settle this matter, and hope to do so within the next few weeks. Thus, we respectfully request that the conference be adjourned.

Should you have any questions regarding the foregoing, please contact the undersigned.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Mark K. Anesh / JRW

cc:
ABRAHAM KLEINMAN (AK-6300) (via email)
Attorney for Plaintiff
CHARLENE SHELTON
626 RexCorp Plaza
Uniondale, NY 11556
(516) 522-2621

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2007