UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
CHARLENE SHELTON, on her own behalf and on behalf :
of all others similarly situated,
                                                                 Case No.: 07 CIV. 7970

                       Plaintiff,

         - against -
                                                         x  **ANSWER**

MCKENNA, DUPONT, HIGGINS & STONE, P.C.

                      Defendant.

------------------------------------------------- x

Defendant MCKENNA, DUPONT, HIGGINS & STONE, P.C. by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby responds to the allegations contained in plaintiff's Complaint, as follows:

## PRELIMINARY STATEMENT

FIRST:        Denies the truth of each and every allegation contained in paragraph "1" of plaintiff's Complaint, and in addition, respectfully refers all questions of law to the court for judicial determination.

## JURISDICTION AND VENUE

SECOND:      Admits the allegations contained in paragraph "2" of plaintiff's Complaint.

THIRD:       Admits the allegations contained in paragraph "3" of plaintiff's Complaint.

3013516.1

## PARTIES

FOURTH:   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "4" of plaintiff's Complaint, and in addition, states that the contents of the document referenced therein speaks for itself.

FIFTH:   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "5" of plaintiff's Complaint, except admits that Defendant McKenna, Dupont, Higgins & Stone, P.C. is a New Jersey professional corporation with an office located at 229 Broad Street, Red Bank, New Jersey, 07653.

## CLASS ACTION ALLEGATIONS

SIXTH:   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "6" of plaintiff's Complaint, and in addition, refers all questions of law to the court for judicial determination and states that the contents of the document referenced therein speaks for itself.

SEVENTH:   Denies the truth of each and every allegation contained in paragraph "7" of plaintiff's Complaint.

EIGHTH:   Denies the truth of each and every allegation contained in paragraph "8" of plaintiff's Complaint.

NINTH:   Denies the truth of each and every allegation contained in paragraph "9" of plaintiff's Complaint.

TENTH:   Denies the truth of each and every allegation contained in paragraph "10" of plaintiff's Complaint.

ELEVENTH:   Denies the truth of each and every allegation contained in paragraph "11" of plaintiff's Complaint.

3013516.1

TWELFTH:        Denies the truth of each and every allegation contained in paragraph "12" of plaintiff's Complaint.

THIRTEENTH:     Denies the truth of each and every allegation contained in paragraph "13" of plaintiff's Complaint.

FOURTEENTH:     Denies the truth of each and every allegation contained in paragraph "14" of plaintiff's Complaint.

### STATEMENT OF FACTS

FIFTEENTH:      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "15" of plaintiff's Complaint, and in addition, states that the contents of the document referenced therein speaks for itself.

### AS AND FOR PLAINTIFF'S FIRST CAUSE OF ACTION

SIXTEENTH:      Answering Defendant repeats and reiterates each and every denial, and denial made upon information and belief, asserted in response to paragraphs "1" to "16" of plaintiff's Complaint, as if each were repeated verbatim at length herein.

SEVENTEENTH:    Denies the truth of each and every allegation contained in paragraph "17" of plaintiff's Complaint.

EIGHTEENTH:     Denies the truth of each and every allegation contained in paragraph "18" of plaintiff's Complaint.

### AS AND FOR DEFENDANT'S FIRST AFFIRMATIVE DEFENSE

NINETEENTH:     Upon information and belief, plaintiff's Complaint fails to state a valid cause of action against the Defendant.

## AS AND FOR DEFENDANT'S SECOND AFFIRMATIVE DEFENSE

TWENTIETH:     Defendant Denies any violation of the FDCPA, the Defendant's actions are not actionable because any purported violation of the FDCPA was unintentional or a result of a bona fide error.

## AS AND FOR DEFENDANT'S THIRD AFFIRMATIVE DEFENSE

TWENTYFIRST:     Plaintiff lacks the capacity to maintain this purported claim against the Defendant.

**WHEREFORE,** answering Defendant MCKENNA, DUPONT, HIGGINS & STONE, P.C. demands judgment dismissing plaintiff's Complaint and each claim for relief contained therein in its entirety, together with such other and further relief as this Court deems just and proper, including costs and expenses.

Dated:     New York, New York
           November 7, 2007

                                            Yours, etc.

                                            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                            By: _____
                                            Mark K. Anesh (MKA-8303)
                                            Attorney for Defendant
                                            MCKENNA, DUPONT, HIGGINS &
                                            STONE, P.C.
                                            150 East 42nd Street
                                            New York, New York 10017-5639
                                            (212) 490-3000
                                            File No. 09120.00060

TO:    Kleinmann LLC
       Attorney for Plaintiff
       CHARLENE SHELTON
       828 Rexcorp Plaza
       Uniondale, New York 11556-0626

3013516.1