UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
CHARLENE SHELTON, on her own behalf and on behalf :
of all others similarly situated,    Case No.: 07 CIV. 7970

                Plaintiff,

                                      **DEFENDANT'S RULE 7.1**
      - against -                    **STATEMENT**

MCKENNA, DUPONT, HIGGINS & STONE, P.C.

                Defendant.
------------------------------------------------ x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and in order to enable the judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant MCKENNA, DUPONT, HIGGINS & STONE, P.C. hereby certifies that there are no corporate parents, affiliates and/or subsidiaries of said party in which securities or other interests are publicly traded or held.

Dated:    New York, New York
            November 7, 2007

                                            Yours, etc.

                      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                      By: _____
                                              Mark K. Anesh
                                              Attorneys for Defendant
                                              MCKENNA, DUPONT, HIGGINS &
                                              STONE, P.C.
                                              150 East 42nd Street
                                              New York, New York 10017-5639
                                              (212) 490-3000
                                              File No. 09120.00060

TO:    TO:   Kleinmann LLC
                 Attorney for Plaintiff
                 CHARLENE SHELTON
                 828 Rexcorp Plaza
                 Uniondale, New York 11556-0626

1591719.1