# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

# MEMO ENDORSED

www.wilsonelser.com

November 27, 2007

**Conference is Adjourned until 12/17/07. Parties are to Notify the Court if they Reach a Settlement before then. (*9:15 A.M.)**

**SO ORDERED:**
**Date:** 11/27/07

Richard M. Berman, U.S.D.J.

**VIA FACSIMILE : (212) 805-6717**

United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Attention:    Honorable Richard M. Berman**

> **Re:    *Carmine Shelton v. Mckenna, Dupont, Higgins & Stone, P.C.***
> **Index No.    :    07 CV 7970 (RMB)**
> **Our File No. :    09120.00060**

Dear Judge Berman:

We represent the defendant in the above referenced matter, and write with the permission of plaintiff's counsel.

An initial pre-trial conference is scheduled in this matter for November 29, 2007. We are working to settle this matter, and are confident that we will do so shortly. Thus, we respectfully request that the conference be adjourned.

Should you have any questions regarding the foregoing, please contact the undersigned.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Mark K. Anesh

cc:

ABRAHAM KLEINMAN (AK-6300)
Attorney for Plaintiff
CHARLENE SHELTON
626 RexCorp Plaza
Uniondale, NY 11556
(516) 522-2621

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-27-07