UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMINE SHELTON,

                Plaintiff,                    07 Civ. 7970 (RMB)

      -against-                              **ORDER OF DISCONTINUANCE**

MCKENNA, DUPONT HIGGINS & STONE, P.C.,

                Defendant.
------------------------------------------------------------X

      Based on Defendant having advised the Court by letter, dated December 13, 2007, that the parties have reached a settlement agreement in principle, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued. The conference scheduled for Monday, December 17, 2007 is vacated.

**SO ORDERED**.

Dated: New York, New York
       December 13, 2007

                                                              _RMB_____
                                                               Richard M. Berman, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2007
```